Law for leave to allow Lawyers' Committee for Civil Rights Under Law to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 03–339. SOSA *v.* ALVAREZ-MACHAIN ET AL.; and

No. 03–485. UNITED STATES *v.* ALVAREZ-MACHAIN ET AL. C. A. 9th Cir. [Certiorari granted, 540 U. S. 1045.] Motion of the Solicitor General for enlargement of time for oral argument and for divided argument granted.

## MARCH 22, 2004

No. 03–7276. SHIELDS *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Crawford* v. *Washington, ante,* p. 36.

No. 03–7626. CORONA *v.* FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Crawford* v. *Washington, ante,* p. 36.

No. 03–8376. NABELEK *v.* TEXAS. Ct. Crim. App. Tex. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).* JUSTICE STEVENS dissents. See *id.,* at 4, and cases cited therein.

No. 03–8381. NABELEK *v.* TEXAS. Ct. Crim. App. Tex. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule

38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).* JUSTICE STEVENS dissents. See *id.,* at 4, and cases cited therein.

No. 03A616. MOSS *v.* HOFBAUER, WARDEN. Application for certificate of appealability, addressed to JUSTICE GINSBURG and referred to the Court, denied.

No. D–2358. IN RE DISBARMENT OF BLACKWELL. Disbarment entered.

No. D–2359. IN RE DISCIPLINE OF HACKMAN. Gordon Hackman, of Boutte, La., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2360. IN RE DISCIPLINE OF FAUNTLEROY. John D. Fauntleroy, Jr., of Washington, D. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2361. IN RE DISCIPLINE OF CORIZZI. Anthony Joseph Corizzi, of Manassas, Va., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2362. IN RE DISCIPLINE OF CACCHIOTTI. Paul R. Cacchiotti, of Manchester, Mass., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2363. IN RE DISCIPLINE OF VAILLANCOURT. Donald Charles Vaillancourt, of Fort Lee, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2364. IN RE DISCIPLINE OF KLINGENBERG. Ronald L. Klingenberg, of Washington, D. C., is suspended from the practice